446

No. 14–0682/AR. U.S. v. Jeremy N. Morlock. CCA 20110230. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including July 28, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*